UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>WANG, MEI ZHEN<br>　　　　Defendant. | USDC Cr. Cs. No. 04-000014-001<br><br>**TERMINATION**<br><br>FILED<br>Clerk<br>District Court<br><br>SEP 1 3 2005<br><br>For The Northern Mariana Islands<br>By_____<br>　　　　(Deputy Clerk) |

Re:   **Report and Order Terminating Term of Supervised Release**

　　　The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on August 9, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

　　　　　　RESPECTFULLY submitted this __13th__ day of September 2005.

　　　　　　　　　　　　　　　　　　　　　FRANK MICHAEL CRUZ
　　　　　　　　　　　　　　　　　　　　　Chief U.S. Probation Officer

　　　　　　　　　　　　　　　By:   _/s/ Margarita DLG Wonenberg_
　　　　　　　　　　　　　　　　　　　　　MARGARITA DLG WONENBERG
　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

Reviewed by:

_/s/_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
　　　Defense Counsel
　　　File

**************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Mei Zhen Wang be discharged from supervised release and that the proceeding in the case be terminated.

　　　　　　Dated this __13th__ day of September 2005.

　　　　　　　　　　_/s/ Alex R. Munson_
　　　　　　　　　　Honorable Alex R. Munson
　　　　　　　　　　Chief Judge
　　　　　　　　　　U.S. District Court for the
　　　　　　　　　　Northern Mariana Islands